[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-10771
Non-Argument Calendar
_____

D.C. Docket No. 0:16-cr-60176-DTKH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN REAVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 27, 2017)

Before HULL, WILSON and MARTIN, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily).